No. 707. UNITED STATES *v.* 119 CARTONS CONTAINING 30,000 OBSCENE MAGAZINES (SCAN IMPORTS, CLAIMANT). Appeal from D. C. C. D. Cal. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *United States* v. *Thirty-Seven (37) Photographs (Luros, Claimant), ante,* p. 363. MR. JUSTICE DOUGLAS dissents from this action of the Court.

No. 111. UNITED STATES *v.* HOLMES. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *Ehlert* v. *United States, ante,* p. 99. MR. JUSTICE DOUGLAS dissents from this action of the Court.

No. 611. LAIRD, SECRETARY OF DEFENSE, ET AL. *v.* CAPOBIANCO. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *Ehlert* v. *United States, ante,* p. 99. MR. JUSTICE DOUGLAS dissents from this action of the Court.

No. 928. EVCO, DBA EVCO INSTRUCTIONAL DESIGNS *v.* JONES, COMMISSIONER OF BUREAU OF REVENUE OF NEW MEXICO, ET AL. Ct. App. N. M. In view of concessions made in brief in opposition filed by the Attorney General of New Mexico, and on examination of the record, certiorari granted, judgment vacated, and case remanded for reconsideration in light of position asserted by the Attorney General in the brief in opposition. THE CHIEF JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART are of the opinion that certiorari should be denied.